MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

ROMAINE C. MARSHALL, ESQ. (will comply with LR IA 11-2 within 14 days)
Colorado Bar No. 9654
JOSE ABARCA, ESQ. (will comply with LR IA 11-2 within 14 days)
Colorado Bar No. 12762
EMILY NUVAN, ESQ. (will comply with LR IA 11-2 within 14 days)
Colorado Bar No. 17722
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: 801.401.1406
rmarshall@atllp.com
jabarca@atllp.com
enuvan@atllp.com

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>        Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>        Defendants. | Case No.: 3:22-cv-00112<br><br>**PLAINTIFF ROBERT ARMIJO'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 7.1-1** |

      The undersigned, as counsel of record for Plaintiff, Robert Armijo, certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, as follows:

      There are no known interested parties other than those participating in the case.

/ / /

/ / /

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED this 28th day of February, 2022.    ARMSTRONG TEASDALE LLP

By: ___/s/ Michelle D. Alarie___
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

ROMAINE C. MARSHALL, ESQ.
(LR IA 11-2 petition forthcoming)
Colorado Bar No. 9654
JOSE ABARCA, ESQ.
(LR IA 11-2 petition forthcoming)
Colorado Bar No. 12762
EMILY NUVAN, ESQ.
(LR IA 11-2 petition forthcoming)
Colorado Bar No. 17722
201 South Main Street, Suite 750
Salt Lake City, Utah 84111

*Attorneys for Plaintiff Robert Armijo*