**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT ARMIJO,

        Plaintiff(s),

vs.

OZONE NETWORKS, INC. d/b/a OPENSEA; ET AL.

        Defendant(s).

Case # 3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Emily B. Nuvan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Armstrong Teasdale LLP_____
(firm name)

with offices at _____201 South Main Street, Suite 2400_____,
(street address)

_____Salt Lake City_____, _____Utah_____, _____84111_____,
(city)                     (state)           (zip code)

_____(801) 401-1406_____, _____enuvan@atllp.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Robert Armijo_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since January 13, 2021 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Utah State Bar | January 13, 2021 | 17722 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
4                                                                 _____
                                                                        Petitioner's signature
   STATE OF _____Utah_____ )
5                              )
   COUNTY OF ____Salt Lake____ )
6

7        _____Emily B. Nuvan_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                                 _____
                                                                        Petitioner's signature
10 Subscribed and sworn to before me this

11
12 __25th__ day of __February__, __2022__.

13 _____                    SHELBY K. IRVIN
   Notary Public or Clerk of Court                  NOTARY PUBLIC • STATE of UTAH
14                                                   COMMISSION NO 709281
                                                    COMM. EXP. 01-04-2024
15

16             **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate ___Michelle D. Alarie___,
19                                                                         (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action. The address and email address of
21
   said designated Nevada counsel is:
22

23       _____3770 Howard Hughes Parkway, Suite 200_____,
                                    (street address)
24
         _____Las Vegas_____, _____Nevada_____, ___89169___,
25              (city)                  (state)           (zip code)

26       ___(702) 678-5070___, ___malarie@atllp.com___.
         (area code + telephone number)      (Email address)
27

28                                            4                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michelle D. Alarie_____ as
                                        (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Robert Armijo
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11894                           malarie@atllp.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 2/24/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Emily B Nuvan

This is to certify that Emily B Nuvan, Utah State Bar No. 17722 was admitted to practice law in Utah on 1/13/2021.

Emily B Nuvan is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -962692
verify by email at cogsrequest@utahbar.org