MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 petition pending)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 petition pending)
Utah Bar No. 12762
EMILY NUVAN, ESQ. (LR IA 11-2 petition pending)
Utah Bar No. 17722
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: 801.401.1406
rmarshall@atllp.com
jabarca@atllp.com
enuvan@atllp.com

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No.: 3:22-cv-00112-LRH-CLB<br><br>**PLAINTIFF'S MOTION TO REPLACE CORRECTED IMAGE OF COMPLAINT (ECF NO. 6) FOR COMPLAINT (ECF NO. 1)** |

Plaintiff, Robert Armijo, by and through his counsel of record Armstrong Teasdale LLP, hereby moves this Court for an order directing that the Clerk of Court replace the original Complaint filed on February 28, 2022 (ECF No. 1) with the corrected image of the Complaint filed on March 1, 2022 (ECF No. 6).  The original Complaint inadvertently listed the bar association for the three out-of-state counsel as "Colorado" instead of "Utah."  After the error was identified, a corrected image of the Complaint (ECF No. 6) fixing the error to correctly list out-of-state counsel as Utah-licensed

was immediately filed the next morning. Although the electronic filing rules permit a party to file corrected images of documents, Plaintiff was advised that a court order would be needed for the Clerk to replace a pleading and make the necessary correction to the original entry on the court docket. Plaintiff is not amending his Complaint, but is moving this Court to ensure that the correct version of the document is contained in the court docket.

For these reasons, Plaintiff requests that this Court enter an order directing the Clerk of Court to replace the original Complaint (ECF No. 1) with the corrected image of the Complaint (ECF No. 6) and make the appropriate notation on the court docket.

DATED this 21st day of March, 2022.        ARMSTRONG TEASDALE LLP

By: */s/ Michelle D. Alarie*
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

ROMAINE C. MARSHALL, ESQ.
(LR IA 11-2 petition pending)
Utah Bar No. 9654
JOSE ABARCA, ESQ.
(LR IA 11-2 petition pending)
Utah Bar No. 12762
EMILY NUVAN, ESQ.
(LR IA 11-2 petition pending)
Utah Bar No. 17722
201 South Main Street, Suite 750
Salt Lake City, Utah 84111

*Attorneys for Plaintiff Robert Armijo*

IT IS SO ORDERED.

Dated: March 21, 2022

_____
UNITED STATES MAGISTRATE JUDGE