| | |
|---|---|
| 1 | JOHN D. TENNERT III (Nevada Bar No. 11728) |
| 2 | jtennert@fennemorelaw.com<br>FENNEMORE CRAIG, P.C. |
| 3 | 7800 Rancharrah Parkway<br>Reno, NV 89511 |
| 4 | Tel: 775.788.2212 |
| 5 | MICHAEL S. DICKE (CA Bar No. 158187)<br>mdicke@fenwick.com |
| 6 | JENNIFER C. BRETAN (CA Bar No. 233475)<br>jbretan@fenwick.com |
| 7 | KATHERINE A. MARSHALL (CA Bar No. 327042)<br>kmarshall@fenwick.com |
| 8 | ALISON C. JORDAN (CA Bar No. 311081)<br>ajordan@fenwick.com |
| 9 | SAMUEL SAHAGIAN (CA Bar No. 341587)<br>ssahagian@fenwick.com |
| 10 | (California Attorneys will comply with LR IA 11-2 |
| 11 | within 14 days) |
| 12 | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 13 | San Francisco, CA 94104<br>Tel:   415.875.2300 |
| 14 | *Attorneys for Defendant YUGA LABS LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>        Plaintiff,<br><br>    v.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 TO 50,<br><br>        Defendants. | Case No.: 3:22-CV-00112-LRH-CLB<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7.1-1(b), Defendant Yuga Labs LLC, by and through undersigned counsel, hereby certifies that, to its knowledge, no persons or entities have an interest in the outcome of this case other than the named parties participating in the case.

Dated: April 25, 2022.

**FENNEMORE CRAIG, P.C.**

By: */s/ John D. Tennert III*
John D. Tennert III (Nevada Bar No. 11728)
7800 Rancharrah Parkway
Reno, NV 89511

and

Michael S. Dicke (CA Bar No. 158187)
Jennifer C. Bretan (CA Bar No. 233475)
(Will comply with LR IA 11-2 within 14 days)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 9410

*Attorneys for Defendant Yuga Labs LLC*