JOHN D. TENNERT III (Nevada Bar No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: 775.788.2212

MICHAEL S. DICKE (CA Bar No. 158187)
mdicke@fenwick.com
JENNIFER C. BRETAN (CA Bar No. 233475)
jbretan@fenwick.com
KATHERINE A. MARSHALL (CA Bar No. 327042)
kmarshall@fenwick.com
ALISON C. JORDAN (CA Bar No. 311081)
ajordan@fenwick.com
SAMUEL SAHAGIAN (CA Bar No. 341587)
ssahagian@fenwick.com

(California Attorneys will comply with LR IA 11-2
within 14 days)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel:   415.875.2300

*Attorneys for Defendant YUGA LABS LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO, | Case No.: 3:22-CV-00112-LRH-CLB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 TO 50, | **(FIRST REQUEST)** |
| Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Plaintiff Robert Armijo ("Plaintiff") and Defendants Ozone Networks, Inc. d/b/a Opensea ("OpenSea"), and Yuga Labs LLC ("Yuga Labs") (together with OpenSea, the "Stipulating Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, on February 28, 2022, Plaintiff filed a Complaint in the above-entitled action (ECF No. 1), image later corrected on March 1, 2022 (ECF No. 6);

WHEREAS, Yuga Labs executed a waiver of the service of summons dated March 3, 2022, thereby establishing a responsive pleading deadline of May 2, 2022 (ECF No. 15);

WHEREAS, OpenSea executed a waiver of the service of summons dated March 4, 2022, establishing a responsive pleading deadline of May 3, 2022 (ECF No. 14);

WHEREAS, this is the first stipulation for extension of time to respond to the Complaint;

NOW THEREFORE, Plaintiff and the Stipulating Defendants, by and through their respective counsel, stipulate that good cause exists under Local Rule 26-3 to extend the Stipulating Defendants' deadline to respond to the Complaint, and jointly request, subject to the Court's approval, as follows:

///
///
///
///
///
///
///
///
///
///
///
///
///
///

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    The Stipulating Defendants' deadline to answer or otherwise respond to the Complaint shall

2    be extended to and including June 3, 2022.

3    **IT IS SO STIPULATED.**

4    Dated: April 25, 2022.

5    ARMSTRONG TEASDALE LLP                    FENNEMORE CRAIG, P.C.

6    By: */s/ Romaine C. Marshall*             By: */s/ John D. Tennert III*
         Michelle D. Alarie (Nevada Bar No. 11894)      John D. Tennert III (Nevada Bar No. 11728)
7        3770 Howard Hughes Parkway, Ste. 200          7800 Rancharrah Parkway
         Las Vegas, Nevada 89169                        Reno, NV 89511
8
         Romaine C. Marshall (Utah Bar No. 9654)        and
9        Jose Abarca (Utah Bar No. 12762)
         Emily Nuvan (Utah Bar No. 17722)               Michael S. Dicke (CA Bar No. 158187)
10       201 South Main Street, Ste. 750                Jennifer C. Bretan (CA Bar No. 233475)
         Salt Lake City, Utah 84111                     (Will comply with LR IA 11-2 within 14
11                                                      days)
         *Attorneys for Plaintiff Robert Armijo*        FENWICK & WEST LLP
12                                                      555 California Street, 12th Floor
                                                        San Francisco, CA 94104
13
                                                        *Attorneys for Defendant Yuga Labs LLC*
14
                                                    DICKINSON WRIGHT
15
                                                    By: */s/ John P. Desmond*
16                                                      John P. Desmond (Nevada Bar No. 5618)
                                                        100 W. Liberty St., Ste. 940
17                                                      Reno, NV 89501

18                                                     *Attorneys for Defendant Ozone Networks,*
                                                       *Inc. d/b/a OpenSea*
19

20

21                                         **SO ORDERED this ____ day of April, 2022.**

22

23                                         _____
                                           Honorable Larry R. Hicks
24                                         United States District Court Judge

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW