AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ROBERT ARMIJO ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  3:22-CV-00112-LRH-CLB |
| OZONE NETWORKS, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OZONE NETWORKS, INC. d/b/a OPEN SEA, a New York Corporation                           .

Date:   04/27/2022

*/s/ John P. Desmond*
*Attorney's signature*

John P. Desmond  Nevada Bar No.: 5618
*Printed name and bar number*

100 W. Liberty St., Suite 940
Reno, NV  89501

*Address*

jdesmond@dickinsonwright.com
*E-mail address*

(775) 343-7505
*Telephone number*

*FAX number*