AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ROBERT ARMIJO </br> *Plaintiff* </br> v. </br> OZONE NETWORKS, INC., et al. </br> *Defendant* | Case No.   3:22-CV-00112-LRH-CLB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OZONE NETWORKS, INC. d/b/a OPEN SEA, a New York Corporation       .

Date:   04/27/2022

*/s/ Justin J. Bustos*
*Attorney's signature*

Justin J. Bustos Nevada Bar No.: 10320
*Printed name and bar number*

100 W. Liberty St., Suite 940
Reno, NV  89501

*Address*

jbustos@dickinsonwright.com
*E-mail address*

(775) 343-7503
*Telephone number*

*FAX number*