**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

ROBERT ARMIJO

    Plaintiff(s),

vs.

OZONE NETWORKS, INC., YUGA LABS LLC, LOOKSRARE and DOES 1 THROUGH 50

    Defendant(s).

Case #3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Alison Clare Jordan    , Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Fenwick & West LLP
(firm name)

with offices at     801 California Street    ,
(street address)

Mountain View, California, 94041,
(city)     (state)     (zip code)

(650) 335-7246, ajordan@fenwick.com.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Yuga Labs LLC      to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since <u>November 23, 2016</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC NDCA | December 21, 2016 | 311081 |
| USDC CDCA | April 4, 2019 | 311081 |
| USCA Ninth Circuit | April 4, 2019 | 311081 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3
*Alison Clare Jordan*
Signed on 2022/04/20 16:41:59 -8:00
_____
Petitioner's signature

4  STATE OF __NEVADA__ )
5  COUNTY OF __WASHOE__ )
6

7  __Alison Clare Jordan__, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9
*Alison Clare Jordan*
Signed on 2022/04/20 16:41:59 -8:00
_____
Petitioner's signature

10  Subscribed and sworn to before me this

11  ____ day of __04/20/2022_____,

S. BRASELTON
NOTARY PUBLIC
STATE OF NEVADA
Commission # 10-3467-2
My Appt. Expires October 11, 2022

12
13  _Braselton_
Signed on 2022/04/20 16:41:59 -8:00
Notary Public or Clerk of Court

Notary Stamp 2022/04/20 16:41:59 PST

14
15  Notarial act performed by audio-visual communication

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
      THE BAR OF THIS COURT AND CONSENT THERETO.**

17
18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19  believes it to be in the best interests of the client(s) to designate __John D. Tennert, III__,
                                                                            (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21  above-entitled Court as associate resident counsel in this action. The address and email address of
22  said designated Nevada counsel is:

23  __Fennemore Craig, P.C., 7800 Rancharrah Parkway__,
                        (street address)
24
25  __Reno__, __Nevada__, __89511__,
       (city)       (state)    (zip code)

26  __(775) 788.2212__, __jtennert@fennemorelaw.com__.
    (area code + telephone number)    (Email address)

27
28

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Nicole Muniz*
(party's signature)
Yuga Labs LLC, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11728                     jtennert@fennemorelaw.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT LIST**

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Alison Clare Jordan Certificate of Standing | 1 |