# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT ARMIJO,

  Plaintiff(s),

vs.

OZONE NETWORKS, INC., YUGA LABS LLC, LOOKSRARE and DOES 1 THROUGH 50

  Defendant(s).

Case #3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Katherine Anne Marshall_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West, LLP_____
(firm name)

with offices at _____555 California St., Fl. 12,_____,
(street address)

_____San Francisco_____, _____California_____, _____94104_____,
(city) (state) (zip code)

_____(415) 875-2300_____, _____kmarshall@fenwick.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 4, 2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC EDNY | May 30, 2019 | 4949731 |
| USDC SDNY | December 29, 2019 | KM4347 |
| USDC NDCA | November 4, 2019 | 327042 |
| USDC CDCA | March 10, 2022 | 327042 |
| State Courts of New York | July 18, 2011 | 4949731 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York and California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | NONE | NONE | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

                                                                        *Katherine Anne Marshall*
                                                                      Signed on 2022/04/20 17:40:44 -8:00

4 STATE OF  NEVADA  )                          Petitioner's signature
5                         )
   COUNTY OF  WASHOE  )
6

7         Katherine A. Marshall   , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

                                                                    *Katherine Anne Marshall*
9                                                                       Signed on 2022/04/20 17:40:44 -8:00
10 Subscribed and sworn to before me this                Petitioner's signature

11
                day of   04/20/2022
12                                                        S. BRASELTON
                                                       NOTARY PUBLIC
13      *Braselton*                                STATE OF NEVADA
                                                      Commission # 10-3467-2
14   Signed on 2022/04/20 17:40:44 -8:00             My Appt. Expires October 11, 2022
              Notary Public or Clerk of Court

15                         Notarial act performed by audio-visual communication

16               **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate   John D. Tennert, III  ,
                                                                                   (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action. The address and email address of

22 said designated Nevada counsel is:

23          Fennemore Craig, P.C., 7800 Rancharrah Parkway       ,
                                   (street address)
24

25         Reno        ,        Nevada      ,   89511  ,
        (city)                    (state)           (zip code)

26       775.788.2212     ,    jtennert@fennemorelaw.com  .
   (area code + telephone number)         (Email address)
27

28                                                         4                                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Nicole Muniz*
(party's signature)
Yuga Labs LLC, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

11728                jtennert@fennemorelaw.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT LIST**

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Katherine Anne Marshall California Certificate of Standing | 1 |
| 2 | Katherine Anne Marshall New York Certificate of Standing | 2 |