UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT ARMIJO,                                          )        Case #3:22-cv-00112-LRH-CLB
                                                        )
                Plaintiff(s),                           )        VERIFIED PETITION FOR
                                                        )        PERMISSION TO PRACTICE
        vs.                                             )        IN THIS CASE ONLY BY
OZONE NETWORKS, INC., YUGA LABS                          )        ATTORNEY NOT ADMITTED
LLC, LOOKSRARE and DOES 1                               )        TO THE BAR OF THIS COURT
THROUGH 50                                              )        AND DESIGNATION OF
                                                        )        LOCAL COUNSEL
                Defendant(s).                           )
                                                        )        FILING FEE IS $250.00

_____Michael S. Dicke_____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West, LLP_____
                              (firm name)

with offices at _____555 California St., 12th Floor_____,
                                    (street address)

_____San Francisco_____, _____California_____, ___94104___,
          (city)                      (state)              (zip code)

____(415) 875-2300____, ____mdicke@fenwick.com____,
 (area code + telephone number)        (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs LLC_____ to provide legal representation in connection with
            [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3.     That since _____ June 1992 _____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____ California _____
                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| USDC NDCA | 6/8/1992 | 158187 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule 1A 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | NONE | NONE | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16



1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    *Michael Dicke*
                                                    _____
                                                    Petitioner's signature

5    STATE OF ___NEVADA___ )

6    COUNTY OF ___WASHOE___ )
                                                    )

7    ___Michael S. Dicke___, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    *Michael Dicke*
                                                    _____
                                                    Petitioner's signature

10   Subscribed and sworn to before me this

11   _____ day of ___04/21/2022___, 

12                                                    **S. BRASELTON**
                                                    **NOTARY PUBLIC**
13   *Braselton*                                     **STATE OF NEVADA**
                                                    **Commission # 10-3467-2**
                                                    My Appt. Expires October 11, 2022

     _____
     Notary Public or Clerk of Court

14

15                    Notarial act performed by audio-visual communication

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate ___John D. Tennert, III___,
                                                                          (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____Fennemore Law, 7800 Rancharrah Parkway_____,
                              (street address)

24
     ___Reno___,          ___Nevada___,          ___89511___,
25      (city)                (state)              (zip code)

26   ___775.788.2212___,   ___jtennert@fennemorelaw.com___.
     (area code + telephone number)      (Email address)
27

28                              4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as
                                              (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Nicole Muniz_____
(party's signature)

Yuga Labs LLC, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11728                          jtennert@fennemorelaw.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## EXHIBIT LIST

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Michael Scott Dicke Certificate of Standing | 1 |