**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT ARMIJO,

        Plaintiff(s),

    vs.

OZONE NETWORKS, INC., YUGA LABS
LLC, LOOKSRARE and DOES 1
THROUGH 50

        Defendant(s).

Case #3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer C. Bretan_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West, LLP_____
                     (firm name)

with offices at _____555 California St., 12th Floor_____,
                        (street address)

_____San Francisco_____, _____California_____, ___94104___,
      (city)                (state)        (zip code)

_____(415) 875-2300_____, _____jbretan@fenwick.com_____.
  (area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs LLC_____ to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since _____December 3, 2004_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Courts of California | 12/3/2004 | 233475 |
| USCA, Ninth Circuit Court | 12/29/2004 | 233475 |
| USDC NDCA | 12/28/2004 | 233475 |
| USDC CDCA | 03/05/2009 | 233475 |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

California

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | NONE | NONE | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16



1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  STATE OF ___NEVADA___ )

                                          Petitioner's signature
5  COUNTY OF ___WASHOE___ )

6

7    ___Jennifer C. Bretan___, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

                                          Petitioner's signature
10 Subscribed and sworn to before me this

11 _____ day of __04/20/2022__,      S. BRASELTON
                                                           NOTARY PUBLIC
12                                                         STATE OF NEVADA
                                                           Commission # 10-3467-2
13                                                         My Appt. Expires October 11, 2022

14    Notary Public or Clerk of Court

15               Notarial act performed by audio-visual communication

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
17          **THE BAR OF THIS COURT AND CONSENT THERETO.**

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19 believes it to be in the best interests of the client(s) to designate ___John D. Tennert, III___,
                                                                             (name of local counsel)
20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21 above-entitled Court as associate resident counsel in this action.  The address and email address of

22 said designated Nevada counsel is:

23    ___Fennemore Craig, P.C.  7800 Rancharrah Parkway___,
                              (street address)
24
     ___Reno___,      ___Nevada___      ___89511___
25       (city)              (state)              (zip code)

26    ___775.788.2212___,      ___jtennert@fennemorelaw.com___.
     (area code + telephone number)          (Email address)
27

28                              4                              Rev. 5/16

DocVerify ID: E8D5FABE-4518-4E0F-B767-5BACCF8C9BF8
www.docverify.com

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ John D. Tennert, III _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_Nicole Muniz_

(party's signature)

Yuga Labs LLC, CEO

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_

Designated Resident Nevada Counsel's signature

11728                                         jtennert@fennemorelaw.com

Bar number                              Email address

APPROVED:

Dated: this __2nd__ day of ____May____, 20 22 .

_[signature]_

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

DocVerify ID: E8D5FABE-4518-4E0F-B767-5BACCF8C9BF8
www.docverify.com

## EXHIBIT LIST

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Jennifer Corrine Bretan Certificate of Standing | 1 |

# Exhibit 1

Jennifer Corrine Bretan Certificate of Standing

# Exhibit 1

## The State Bar
## of California

**OFFICE OF ATTORNEY REGULATION &
CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 11, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER CORINNE BRETAN, #233475 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2004 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

Exhibit 1   Page 1