UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT ARMIJO,

   Plaintiff(s),

vs.

OZONE NETWORKS, INC., YUGA LABS LLC, LOOKSRARE and DOES 1 THROUGH 50

   Defendant(s).

Case #3:22-cv-00112-LRH-CLB

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

  Michael S. Dicke, Petitioner, respectfully represents to the Court:
  (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

  Fenwick & West, LLP
  (firm name)

with offices at  555 California St., 12th Floor,
     (street address)

San Francisco, California, 94104,
(city)   (state)  (zip code)

(415) 875-2300, mdicke@fenwick.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

  Yuga Labs LLC to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

DocVerify ID: 9E5974E2-05D8-41F6-B148-B0A10F795AED
www.docverify.com
Page 1 of 5 1B0A10F795AED 

3. That since <u>June 1992</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC NDCA | 6/8/1992 | 158187 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | NONE | NONE | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Michael Dicke*
Signed on 2022/04/21 16:54:17 -8:00

_____
Petitioner's signature

STATE OF  NEVADA  )
COUNTY OF  WASHOE  )

   Michael S. Dicke  , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Michael Dicke*
Signed on 2022/04/21 16:54:17 -8:00

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of  04/21/2022  , _____

*Braselton*
Signed on 2022/04/21 16:54:17 -8:00

Notary Public or Clerk of Court

S. BRASELTON
NOTARY PUBLIC
STATE OF NEVADA
Commission # 10-3467-2
My Appt. Expires October 11, 2022

Notary Stamp 2022/04/21 16:54:17 PST

Notarial act performed by audio-visual communication

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   John D. Tennert, III  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

    Fennemore Law, 7800 Rancharrah Parkway    ,
(street address)

  Reno  ,   Nevada  ,  89511  ,
(city)          (state)        (zip code)

  775.788.2212  ,  jtennert@fennemorelaw.com  .
(area code + telephone number)   (Email address)

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Nicole Muniz_
(party's signature)
Yuga Labs LLC, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
11728                jtennert@fennemorelaw.com
Bar number           Email address

APPROVED:

Dated: this  2nd  day of  May , 20 22 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**EXHIBIT LIST**

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Michael Scott Dicke Certificate of Standing | 1 |

**EXHIBIT 1**

**Certificate of Standing – Michael Scott Dicke**

**EXHIBIT 1**

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 11, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL SCOTT DICKE, #158187 was admitted to the practice of law in this state by the Supreme Court of California on June 8, 1992 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

Exhibit 1  Page 1