# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT ARMIJO

      Plaintiff(s),

vs.

OZONE NETWORKS, INC., YUGA LABS LLC, LOOKSRARE and DOES 1 THROUGH 50

      Defendant(s).

Case #3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Alison Clare Jordan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
(firm name)

with offices at _____801 California Street_____,
(street address)

_____Mountain View_____, _____California_____, _____94041_____,
(city)  (state)  (zip code)

_____(650) 335-7246_____, _____ajordan@fenwick.com_____.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>November 23, 2016</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC NDCA | December 21, 2016 | 311081 |
| USDC CDCA | April 4, 2019 | 311081 |
| USCA Ninth Circuit | April 4, 2019 | 311081 |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Alison Clare Jordan*
Signed on 2022/04/20 16:41:59 -8:00

_____
Petitioner's signature

STATE OF __NEVADA__         )
                            )
COUNTY OF __WASHOE__        )

__Alison Clare Jordan__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Alison Clare Jordan*
Signed on 2022/04/20 16:41:59 -8:00

_____
Petitioner's signature

Subscribed and sworn to before me this

____ day of __04/20/2022_____, ____

*Braselton*
Signed on 2022/04/20 16:41:59 -8:00
Notary Public or Clerk of Court

S. BRASELTON
NOTARY PUBLIC
STATE OF NEVADA
Commission # 10-3467-2
My Appt. Expires October 11, 2022
Notary Stamp 2022/04/20 16:41:59 PST

Notarial act performed by audio-visual communication

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __John D. Tennert, III__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Fennemore Craig, P.C., 7800 Rancharrah Parkway__,
(street address)

__Reno__, __Nevada__, __89511__,
(city)   (state)   (zip code)

__(775) 788.2212__, __jtennert@fennemorelaw.com__.
(area code + telephone number)   (Email address)

DocVerify ID: EDCF5C45-BBDD-44E8-BF95-BA666BECC63D
www.docverify.com

Page 4 of 5   4BA666BECC63D

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Nicole Muniz_
(party's signature)

Yuga Labs LLC, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

11728                           jtennert@fennemorelaw.com
Bar number                       Email address

APPROVED:

Dated: this __2nd__ day of __May__, 20__22__.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT LIST**

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Alison Clare Jordan Certificate of Standing | 1 |

# Exhibit 1

Alison Clare Jordan Certificate of Standing

# Exhibit 1

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

April 20, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALISON CLARE EPSTEIN, #311081 was admitted to the practice of law in this state by the Supreme Court of California on November 23, 2016; that at her request, on January 25, 2019, her name was changed to ALISON CLARE JORDAN on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

Exhibit 1   Page 1