1
2
3
4
5
6

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

7

8                                                    Case #3:22-cv-00112-LRH-CLB

9    Robert Armijo

10              Plaintiff(s),                         VERIFIED PETITION FOR
                                                      PERMISSION TO PRACTICE
                                                      IN THIS CASE ONLY BY
11   vs.                                              ATTORNEY NOT ADMITTED
                                                      TO THE BAR OF THIS COURT
12   Ozone Networks, Inc., et al.                     AND DESIGNATION OF
                                                      LOCAL COUNSEL
13

              Defendant(s).
14                                                    FILING FEE IS $250.00

15

16        APRIL D. YOUPEE-ROLL       , Petitioner, respectfully represents to the Court:
               (name of petitioner)

17
          1.    That Petitioner is an attorney at law and a member of the law firm of
18
                MUNGER, TOLLES & OLSON
19                                    (firm name)

20   with offices at _____ 350 South Grand Avenue, 50th FLoor _____ ,
                                         (street address)

21        Los Angeles        ,        California        ,     90071     ,
22           (city)                      (state)                (zip code)

23        (213) 683-9100        ,    april.youpee-roll@mto.com        .
      (area code + telephone number)        (Email address)

24        2.    That Petitioner has been retained personally or as a member of the law firm by
25
          Ozone Networks, Inc.        to provide legal representation in connection with
26            [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                    Rev. 5/16

3.      That since _____ July 2, 2020 _____, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of _____ California _____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. - Central District of California | January 20, 2021 | |
| U.S.D.C. - Northern District of California | October 15, 2020 | |
| Supreme Court of the State of Montana | September 26, 2017 | 50359856 |
| Supreme Court of the United States | January 11, 2021 | |
| Supreme Court of the State of California | July 2, 2020 | 331761 |
| U.S. Court of Appeals - Fifth Circuit | December 6, 2019 | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> California
> Montana

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                        Petitioner's signature

     STATE OF _____California_____ )

5                                  )
     COUNTY OF ___Los Angeles___   )

6

7    APRIL D. YOUPEE-ROLL, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____
                        Petitioner's signature

10   Subscribed and sworn to before me this

A:   11

12   _____day of_____, _____.

13

     _____
14       Notary Public or Clerk of Court

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
             THE BAR OF THIS COURT AND CONSENT THERETO.**

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate ___JOHN P. DESMOND___,
                                                                           (name of local counsel)

19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____100 W. Liberty St, Suite 940_____,
                              (street address)

24   _____Reno_____, _____Nevada_____, ___89501___,
           (city)                  (state)            (zip code)

25

26   ___(775) 343-7505___, ___jdesmond@dickinsonwright.com___.
     (area code + telephone number)        (Email address)

27

28                                    4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____JOHN P. DESMOND_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

April D. Youpee-Roll
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5618                              jdesmond@dickinsonwright.com
Bar number                  Email address

APPROVED:

Dated: this __2nd__ day of ____May____, 20_22_ .

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _28_
day of _April_, 20_22_, by _April D. Youpee-Roll_
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROBINA HENSON
Notary Public - California
Los Angeles County
Commission # 2390432
My Comm. Expires Jan 12, 2026

(Seal)

Signature_____



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *APRIL D. YOUPEE-ROLL*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that APRIL D. YOUPEE-ROLL, #331761, was on the 2nd day of July, 2020, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of April 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Regine Ho, Senior Deputy Clerk*