**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ROBERT ARMIJO,

   Plaintiff(s),

vs.

OZONE NETWORKS, INC., YUGA LABS LLC, LOOKSRARE and DOES 1 THROUGH 50

   Defendant(s).

Case #3:22-cv-00112-LRH-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Katherine Anne Marshall_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West, LLP_____
(firm name)

with offices at _____555 California St., Fl. 12,_____,
(street address)

_____San Francisco_____, _____California_____, _____94104_____,
(city)  (state)  (zip code)

_____(415) 875-2300_____, _____kmarshall@fenwick.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 4, 2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC EDNY | May 30, 2019 | 4949731 |
| USDC SDNY | December 29, 2019 | KM4347 |
| USDC NDCA | November 4, 2019 | 327042 |
| USDC CDCA | March 10, 2022 | 327042 |
| State Courts of New York | July 18, 2011 | 4949731 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York and California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | NONE | NONE | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.



That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_Katherine Anne Marshall_
(Signed on 2022/04/20 17:40:44 -8:00)
Petitioner's signature

STATE OF __NEVADA__     )
                        )
COUNTY OF __WASHOE__    )

__Katherine A. Marshall__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_Katherine Anne Marshall_
(Signed on 2022/04/20 17:40:44 -8:00)
Petitioner's signature

Subscribed and sworn to before me this

_____ day of __04/20/2022__,

_Braselton_
(Signed on 2022/04/20 17:40:44 -8:00)
Notary Public or Clerk of Court

S. BRASELTON
NOTARY PUBLIC
STATE OF NEVADA
Commission # 10-3467-2
My Appt. Expires October 11, 2022

Notarial act performed by audio-visual communication

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __John D. Tennert, III__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Fennemore Craig, P.C., 7800 Rancharrah Parkway__,
(street address)

__Reno__, __Nevada__, __89511__,
(city)     (state)     (zip code)

__775.788.2212__, __jtennert@fennemorelaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John D. Tennert, III_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*Nicole Muniz*

_____
(party's signature)

Yuga Labs LLC, CEO
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 11728 | jtennert@fennemorelaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this 2nd day of May, 20 22.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**EXHIBIT LIST**

| Exhibit No. | Description | Pages |
|---|---|---|
| 1 | Katherine Anne Marshall California Certificate of Standing | 1 |
| 2 | Katherine Anne Marshall New York Certificate of Standing | 2 |

# Exhibit 1

Katherine Anne Marshall California Certificate of Standing

# Exhibit 1

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 11, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KATHERINE ANNE MARSHALL, #327042 was admitted to the practice of law in this state by the Supreme Court of California on November 4, 2019 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

Exhibit 1   Page 1

# Exhibit 2

Katherine Anne Marshall New York Certificate of Standing

# Exhibit 2



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Katherine Anne Marshall

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 18, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 4, 2022.

*Susanna M. Rojas*
Clerk of the Court

CertID-00060529

Exhibit 1   Page 1



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

  An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

  An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

  New York State does not register attorneys as active or inactive.

  An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

  Bar examination history is available from the New York State Board of Law Examiners.

  Instructions, forms and links are available on this Court's website.

*[signature]*

Susanna Rojas
Clerk of the Court

Revised October 2020