1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Robert Armijo

                 Plaintiff(s),

      vs.

Ozone Networks, Inc., et al.

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #3:22-cv-00112-MM D-CLB

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

_____BRANDON R. TEACHOUT_____ , Petitioner, respectfully represents to the Court:
          (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

                 MUNGER, TOLLES & OLSON
_____
                      (firm name)

with offices at _____350 South Grand Avenue, Suite 5000_____ ,
                               (street address)

_____Los Angeles_____ , _____California_____ , ___90071___ ,
       (city)                    (state)          (zip code)

_____(213) 683-9281_____ , _____Brandon.Teachout@mto.com_____ .
(area code + telephone number)          (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

_____Ozone Networks, Inc._____ to provide legal representation in connection with
          [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____July 26, 2018_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Bar | 7/01/2018 | 321672 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> California Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                            Petitioner's signature

     STATE OF _____California_____ )
5                                                  )
     COUNTY OF _____Los Angeles_____ )
6

7    _____BRANDON TEACHOUT_____ , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                    _____
                                                            Petitioner's signature

10 Subscribed and sworn to before me this

11 ___2ⁿᵈ___ day of ___May_____ , _2022___ .

12

13 _Cassidy Hunt_____
                    Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate ___JOHN P. DESMOND___ ,
19                                                                             (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23 _____100 West Liberty Street, Suite 940_____ ,
                                          (street address)
24
   _____Reno_____ , _____Nevada_____ , ___89501___ ,
25              (city)                                   (state)                    (zip code)

26 ____(775) 343-7505_____ , ___jdesmond@dickinsonwright.com___ .
        (area code + telephone number)               (Email address)
27

28                                             4
                                                                                      Rev. 5/16

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

┌─────────────────────────────────────────────────────────────────────────┐
│ A notary public or other officer completing this certificate verifies only the identity of the individual who signed │
│ the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. │
└─────────────────────────────────────────────────────────────────────────┘

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on

this __2ⁿᵈ__ day of __May__, 20_22_, by
     *Date*     *Month*     *Year*

(1) _Brandon Teachout_

(and (2) _____ ),
           *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
     *Signature of Notary Public*

CASSIDY VIEIRA HUNT
Notary Public - California
Los Angeles County
Commission # 2390436
My Comm. Expires Jan 12, 2026

*Place Notary Seal and/or Stamp Above*

─────────────────────── OPTIONAL ───────────────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ JOHN P. DESMOND _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Attorney
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ John P. Desmond
_____
Designated Resident Nevada Counsel's signature

5618                          jdesmond@dickinsonwright.com
_____
Bar number                   Email address

APPROVED:

Dated: this __4th__ day of __May_____, 20 _22_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *BRANDON ROSS TEACHOUT*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that BRANDON ROSS TEACHOUT, #321672, was on the 26th day of July, 2018, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of April 2022.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Regine Ho, Senior Deputy Clerk*