1  MICHAEL S. DICKE (admitted *pro hac vice*)
   mdicke@fenwick.com
2  JENNIFER C. BRETAN (admitted *pro hac vice*)
   jbretan@fenwick.com
3  KATHERINE A. MARSHALL (admitted *pro hac vice*)
   kmarshall@fenwick.com
4  ALISON C. JORDAN (admitted *pro hac vice*)
   ajordan@fenwick.com
5  SAMUEL SAHAGIAN (admitted *pro hac vice*)
   ssahagian@fenwick.com
6
7  FENWICK & WEST LLP
   555 California Street, 12th Floor
   San Francisco, CA 94104
8  Tel: 415.875.2300

9  JOHN D. TENNERT III (Nevada Bar No. 11728)
   jtennert@fennemorelaw.com
10 FENNEMORE CRAIG, P.C.
   7800 Rancharrah Parkway
11 Reno, NV 89511
   Tel: 775.788.2212

*Attorneys for Defendant YUGA LABS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ROBERT ARMIJO, | Case No.: 3:22-cv-00112-MMD-CLB |
|---|---|
| Plaintiff, | **DECLARATION OF JENNIFER C. BRETAN IN SUPPORT OF DEFENDANT YUGA LABS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50, | |
| Defendants. | |

I, Jennifer C. Bretan, hereby declare as follows:

1.  I am a partner at Fenwick & West LLP, counsel for defendant Yuga Labs. I submit this declaration in support of Yuga Labs' motion to dismiss plaintiff's Complaint (the "Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). I have personal knowledge of the matters set forth below and, if called upon, would testify competently to them.

2.  Attached as **Exhibit A** is the March 25, 2022 judgment in *Tulip Trading Ltd. v. Bitcoin Ass'n for BSV & Others* [2022] EWHC 667 (Ch) BL-2021-000313, in the High Court of Justice, Business and Property Courts of England and Wales, holding that Bitcoin software developers do not owe a common law duty of care to protect cryptocurrency owners from fraud that leads to a loss of their crypto assets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this third day of June, 2022, in Piedmont, California.

/s/ Jennifer C. Bretan
Jennifer C. Bretan

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | *Tulip Trading Ltd. v. Bitcoin Ass'n for BSV & Others* [2022] EWHC 667 (Ch) BL-2021-000313 |

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on June 3, 2022, a true and correct copy of the **DECLARATION OF JENNIFER C. BRETAN IN SUPPORT OF DEFENDANT YUGA LABS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND EXHIBIT A** was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

*/s/ Jennifer C. Bretan*
Jennifer C. Bretan
Fenwick & West LLP