| | |
|---|---|
| 1 | MICHAEL S. DICKE (admitted *pro hac vice*) |
| | mdicke@fenwick.com |
| 2 | JENNIFER C. BRETAN (admitted *pro hac vice*) |
| | jbretan@fenwick.com |
| 3 | KATHERINE A. MARSHALL (admitted *pro hac vice*) |
| | kmarshall@fenwick.com |
| 4 | ALISON C. JORDAN (admitted *pro hac vice*) |
| | ajordan@fenwick.com |
| 5 | SAMUEL SAHAGIAN (admitted *pro hac vice*) |
| | ssahagian@fenwick.com |
| 6 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 7 | San Francisco, CA 94104 |
| | Tel: 415.875.2300 |
| 8 | |
| 9 | JOHN D. TENNERT III (Nevada Bar No. 11728) |
| | jtennert@fennemorelaw.com |
| 10 | FENNEMORE CRAIG, P.C. |
| | 7800 Rancharrah Parkway |
| 11 | Reno, NV 89511 |
| | Tel: 775.788.2212 |
| 12 | *Attorneys for Defendant Yuga Labs, Inc.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 16 | ROBERT ARMIJO, | Case No.: 3:22-cv-00112-MMD-CLB |
| 17 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR YUGA LABS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ASSOCIATED BRIEFING** |
| 18 | v. | |
| 19 | OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, INC. f/k/a YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware corporation; LOOKSRARE; and DOES 1 to 50, | |
| 20 | | |
| 21 | | **[FIRST REQUEST]** |
| 22 | Defendants. | |

FENWICK & WEST LLP

Plaintiff Robert Armijo ("Plaintiff") and Defendant Yuga Labs, Inc. ("Yuga Labs"), by and through their respective counsel and subject to the approval of the Court, stipulate as follows:

WHEREAS, on February 28, 2022, Plaintiff filed a Complaint in this action (ECF No. 1), image later corrected on March 1, 2022 (ECF No. 6);

WHEREAS, Yuga Labs moved to dismiss the Complaint on June 3, 2022 (ECF Nos. 52-55), challenging jurisdiction under Rule 12(b)(2) and for failure to state a claim under Rule 12(b)(6);

WHEREAS, on June 24, 2022, Plaintiff filed a First Amended Complaint (ECF No. 62);

WHEREAS, in light of additional claims against Yuga Labs in the First Amended Complaint, and to accommodate an omnibus motion addressing both jurisdiction and any substantive claims, rather than separate motions under Rules 12(b)(2) and 12(b)(6), Yuga Labs believes good cause exists to modify and slightly increase the page limits for Yuga Labs to respond to the First Amended Complaint, and any associated responses, as follows: motion to dismiss and supporting memorandum (30 pages); opposition (30 pages); and reply (20 pages);

WHEREAS, Plaintiff does not oppose such request to exceed page limits;

WHEREAS, this is the first request to extend page limits and such extension will not delay proceedings, as it does not alter any deadlines set by this Court's June 6, 2022 Order setting the schedule for responding to the First Amended Complaint (ECF No. 61);

WHEREAS, this stipulation is entered in good faith and not filed for improper purposes;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the page limits applicable to Yuga Labs' anticipated motion to dismiss the First Amended Complaint and associated briefing thereon, shall be reset as follows:

- Yuga Labs' motion to dismiss and supporting memoranda (30 pages); Plaintiff's opposition to Yuga Labs' motion (30 pages); and Yuga Labs' reply (20 pages);
- Such limits shall be exclusive of title pages, table of contents, table of authorities, exhibits, and affidavits.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 11th day of July 2022 | Dated this 11th day of July 2022 |
| **ARMSTRONG TEASDALE LLP** | **FENWICK & WEST LLP** |
| By: /s/ Michelle D. Alarie<br>       Michelle D. Alarie | By: /s/ Jennifer C. Bretan<br>       Jennifer C. Bretan<br>       (*admitted* pro hac vice) |
| Nevada Bar No. 11894<br>3770 Howard Hughes Parkway,<br>Suite 200<br>Las Vegas, Nevada 89169 | Michael S. Dicke (admitted *pro hac vice*)<br>Katherine A. Marshall (admitted *pro hac vice*)<br>Alison C. Jordan (admitted *pro hac vice*)<br>Samuel Sahagian (admitted *pro hac vice*)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile:  415.281.1350<br>Email: mdicke@fenwick.com<br>Email: jbretan@fenwick.com<br>Email: kmarshall@fenwick.com<br>Email: ajordan@fenwick.com<br>Email: ssahagian@fenwick.com |
| Romaine C. Marshall (admitted *pro hac vice*)<br>Jose Abarca (admitted *pro hac vice*)<br>Emily Nuvan (admitted *pro hac vice*)<br>ARMSTRONG TEASDALE LLP<br>201 South Main Street, Suite 750<br>Salt Lake City, Utah 84111 | |
| *Attorneys for Plaintiff Robert Armijo* | |
| DATED this 11th day of July, 2022. | John D. Tennert III (Nevada Bar No. 11728)<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br>Telephone: 775.788.2200<br>Facsimile: 775.786.1177<br>Email: jtennert@fclaw.com |
| **MUNGER, TOLLES & OLSON, LLP** | |
| By: /s/ Jonathan H. Blavin<br>       Jonathan H. Blavin<br>       (admitted *pro hac vice*) | *Attorneys for Defendant Yuga Labs, Inc.* |
| 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 | |
| John P. Desmond (Nevada Bar No. 5618)<br>Justin J. Bustos (Nevada Bar No. 10320)<br>DICKINSON WRIGHT PLLC<br>100 W. Liberty St., Suite 940<br>Reno, NV 89501 | |
| *Attorneys for Defendant Ozone Networks, Inc. d/b/a OpenSea* | |
| | **IT IS SO ORDERED.** |
| | _____<br>Honorable Miranda M. Du<br>United States District Judge |
| | DATED: _____ |

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on July 11, 2022, a true and correct copy of:

**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITS FOR YUGA LABS' RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND ASSOCIATED BRIEFING**

was transmitted electronically through the Court's CM/ECF e-filing electronic notice system to all attorneys associated with the above-captioned case.

*/s/ Jennifer C. Bretan*
Jennifer C. Bretan
Fenwick & West LLP