# Exhibit B - *Deed of Sale*

| A.P.N. No.: | 122-111-19 |
|---|---|
| R.P.T.T. | $9,430.00 |
| File No.: | 1659083 KDJ |
| Recording Requested By: | |
| | Stewart Title Company |
| Mail Tax Statements To: | Same as below |
| When Recorded Mail To: | |
| Yeoman Ventures LLC, a Nevada limited liability company | |
| 1417 Mission Canyon Road | |
| Santa Barbara, CA  93105 | |

**DOC #5297795**
04/25/2022 12:06:15 PM
Electronic Recording Requested By
STEWART TITLE COMPANY - NV
Washoe County Recorder
Kalie M. Work
Fee: $43.00  RPTT: $9430.00
Page 1 of 2

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH:  That **Robert Joseph Armijo, Trustee of the Freedomjitsu Trust, dated July 25, 2020** for valuable consideration, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey to **Yeoman Ventures LLC, a Nevada limited liability company**, all that real property situated in the County of Washoe, State of Nevada, bounded and described as follows:

All that certain real property situate in the County of Washoe, State of Nevada, described as follows:

Lot 17, in Block A, of PONDEROSA SUBDIVISION NO. 3, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on September 19, 1960, Tract Map No. 662.

*SUBJECT TO:
1. Taxes for the fiscal year;
2. Reservations, restrictions, conditions, rights, rights of way and easements, if any of record on said premises.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining, and any reversions, remainders, rents, issues or profits thereof.

Dated:  April 20, 2022

SIGNATURES AND NOTARY ON PAGE 2
THIS GRANT BARGAIN SALE DEED MAY BE SIGNED IN COUNTERPART.

(One inch Margin on all sides of Document for Recorder's Use Only)                                                                 Page 1 of 2

Freedomjitsu Trust, dated July 25, 2020

By: _RJQ as Trustee_
Robert Joseph Armijo, Trustee

---

State of _NEVADA_ )
) ss
County of _WASHOE_ )

This instrument was acknowledged before me on the _20_ day of _APRIL_, 2022
By: _ROBERT JOSEPH ARMIJO_ as _TRUSTEE_ of the Freedomjitsu Trust, dated July 25, 2020.

Signature: _[signature]_
Notary Public

My Commission Expires: _10/12/2025_

STEVIE HERRERA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 09-11164-2 - Expires October 12, 2025

(One inch Margin on all sides of Document for Recorder's Use Only)  Page 2 of 2