# Exhibit C - *Property Data*

### WASHOE COUNTY ASSESSOR PROPERTY DATA — 7/28/2022

#### Owner Information

| Field | Value | | |
|---|---|---|---|
| APN | 122-111-19 | Card 1 of 1 | |
| Situs 1 | 116 VUE CT, INCLINE VILLAGE NV 89451 | Bld # 1 | |
| Owner 1 | YEOMAN VENTURES LLC | | |
| Mail Address | 1417 MISSION CANYON RD, SANTA BARBARA CA 93105 | | |

#### Parcel Information

| Field | Value |
|---|---|
| Keyline Desc | PONDEROSA 3 LT 17 BLK A |
| Subdivision | PONDEROSA SUBDIVISION 3 |
| Section | |
| Township | 16 |
| Range | 18 |
| Record of Survey Map | |
| Parcel Map# | |
| Sub Map# | |
| Special Property Code | |
| 2022 Tax District | 5200 |
| Prior APN | |
| 2021 Tax District | 5200 |
| Tax Cap Status | 2022 Change Form Mailed, High Cap Applied |
| PERMITS | aholwill 05/20/2022 |

#### Building Information — XFOB   SUBAREA

| Field | Value | Field | Value |
|---|---|---|---|
| Bld #1 Situs | 116 VUE CT | Property Name | |
| Quality | R35 Average-Good | Building Type | Single Family Residence |
| Stories | 1.5 Story Finished | 2nd Occupancy | |
| Year Built | 1977 | WAY | 1977 |
| Bedrooms | 3 | Square Feet | 1536 |
| Full Baths | 2 | Finished Bsmt | 480 |
| Half Baths | 1 | Unfin Bsmt | 0 |
| Fixtures | 11 | Basement Type | DAYLIGHT |
| Fireplaces | 0 | Gar Conv Sq Feet | 0 |
| Heat Type | FORCED AIR | Total Garage Area | 0 |
| 2nd Heat Type | | Garage Type | |
| Exterior Walls | SIDING ON FRAME | Detached Garage | 0 |
| 2nd Ext Walls | | Basement Gar Door | 0 |
| Roof Cover | COMPOSITION SHINGLE | Sub Floor | WOOD |
| % Complete | 100 | Frame | FRAME |
| Obso/Bldg Adj | 0 | Units/Bldg | 1 |
| Construction Modifier | | Units/Parcel | 1 |

#### Land Information — LAND DETAILS

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Land Use | 200 | DOR Code | 200 | Sewer | Municipal |
| Size | 17,685 SqFt | Size | 0.406 Acres | Street | Paved |
| | | | | Water | Muni |
| Neighborhood | TATE | | | | TA Neighborhood Map |
| Zoning Code | TA_IV4 | | | | |

#### Sales and Transfer Records — RECORDER SEARCH

| Grantor | Grantee | Doc # | Doc Type | Doc Date | DOR Code | Value/Sale Price | Sale Code | Note |
|---|---|---|---|---|---|---|---|---|
| FREEDOMJITSU TRUST ARMIJO TRUSTEE, ROBERT J | YEOMAN VENTURES LLC | 5297795 | DEED | 04-25-2022 | 200 | 2,300,000 | 1SVR | |
| ARMIJO, ROBERT J | FREEDOMJITSU TRUST ARMIJO TRUSTEE, ROBERT J | 5246496 | DEED | 11-09-2021 | 200 | 0 | 3BGG | |
| STEEB, PETER M | ARMIJO, ROBERT J | 4775872 | DEED | 12-28-2017 | 200 | 960,000 | 2D | |
| STEEB, PETER M | STEEB, PETER M | 4416151 | DEED | 12-08-2014 | 200 | 0 | 3BCT | |
| STEEB FAMILY TRUST | STEEB, PETER M | 4416150 | DEED | 12-08-2014 | 200 | 0 | 3BGG | |

#### Valuation Information

| | Taxable Land | New Value | Taxable Imps | OBSO | Tax Cap Value | Taxable Total | Land Assessed | Imps Assessed | Total Assessed | Exemption Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022/23 FV | 400,000 | 0 | 94,680 | 0 | 492,201 | 494,680 | 140,000 | 33,138 | 173,138 | 0 |



All parcel data on this page is for use by the Washoe County Assessor for assessment purposes only. The summary data on this page may not be a complete representation of the parcel or of the improvements thereon. Building information, including unit counts and number of permitted units, should be verified with the appropriate building and planning agencies. Zoning information should be verified with the appropriate planning agency. All parcels are reappraised each year. This is a true and accurate copy of the records of the Washoe County Assessor's Office as of 07-27-2022

If you have questions or corrections about our property data you can call us at 775-328-2277 or email us at exemptions@washoecounty.gov