JOHN P. DESMOND (Nevada Bar No. 5618)
jdesmond@dickinsonwright.com
JUSTIN J. BUSTOS (Nevad Bar No. 10320)
jbustos@dickinsonwright.com
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501
(775) 343-7505

JONATHAN H. BLAVIN (*pro hac vice*)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
(415) 512-4000

ERIN J. COX (*pro hac vice*)
Erin.Cox@mto.com
BRANDON R. TEACHOUT (*pro hac vice*)
Brandon.Teachout@mto.com
APRIL YOUPEE-ROLL (*pro hac vice*)
April.Youpee-Roll@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

*Attorneys for Defendant Ozone Networks, Inc.
d/b/a OpenSea, a New York Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company, LOOKSRARE; and DOES 1 to 50,<br><br>Defendants. | CASE NO. 3:22-CV-00112-MMD-CLB<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANT OZONE NETWORK INC.'S MOTION TO STAY DISCOVERY OR EXTEND DEADLINES** |

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANT OPENSEA'S MOTION TO STAY DISCOVERY OR EXTEND DEADLINES**

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney with the law firm of Munger, Tolles & Olson LLP, attorneys for Defendant Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"). I submit this declaration in support of OpenSea's Motion to Stay Discovery or Extend Deadlines.

2. By virtue of my personal involvement in this litigation and a review of the files for this proceeding, I am fully familiar with the facts and circumstances of this litigation and specifically those set forth herein, and could testify to them competently if called upon to do so.

3. On June 3, 2022, OpenSea moved to dismiss Plaintiff's Complaint in its entirety (*see* ECF No. 56).

4. On June 27, 2022, in lieu of opposing OpenSea's motion, Plaintiff filed the First Amended Complaint (*see* ECF No. 62).

5. On July 8, 2022, I participated on behalf of OpenSea in a Rule 26(f) conference with Plaintiffs and Defendant Yuga Labs, Inc. At the conference, OpenSea and Yuga Labs both stated that they intended to renew their motions to dismiss in response to the First Amended Complaint and took the position that discovery should be stayed, and no case schedule should be set, until the Court's resolution of Defendants' renewed motions. Plaintiff took the position that discovery should proceed. Defendants stated their intention at the conference to file motions to stay discovery.

6. On July 20, 2022, the parties filed a Stipulated Discovery Plan and Scheduling Order (*see* ECF No. 65), in which Defendants reiterated their position that they intended to renew their motions to dismiss and took the position that discovery should be stayed and Plaintiff reiterated his position that discovery should proceed. The Scheduling Order was entered without resolution of this dispute (*see* ECF No. 66).

7. On July 29, 2022, OpenSea moved to dismiss the First Amended Complaint in its entirety (*see* ECF No. 70).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of August, 2022 in San Francisco, California.

<u>/s/ Jonathan H. Blavin</u>_____
Jonathan H. Blavin
