1  DICKINSON WRIGHT PLLC
   JOHN P. DESMOND
2  Nevada Bar No. 5618
   JUSTIN J. BUSTOS
3  Nevada Bar No. 10320
4  100 W. Liberty Street, Suite 940
   Reno, NV  89501
5  Tel: 702-550-4400
   Fax: 844-670-6009
6  Email:  jdesmond@dickinsonwright.com
7  Email:  jbustos@dickinsonwright.com

8  (Additional counsel listed on signature page)

9  *Attorneys for Defendant Ozone Networks, Inc.
   d/b/a OpenSea, a New York Corporation*
10

11                UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
12

13 | ROBERT ARMIJO, | CASE NO.  3:22-CV-00112-MMD-CLB |
14 | Plaintiff, | |
15 | vs. | **DEFENDANT OZONE NETWORKS, INC.'S JOINDER TO DEFENDANT YUGA LABS' MOTION TO STAY DISCOVERY OR EXTEND DEADLINES** |
16 | OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company, LOOKSRARE; and DOES 1 to 50, | |
17 | | |
18 | | |
19 | | |
20 | Defendants. | |

Defendant Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"), by and through its counsel of record, Munger, Tolles & Olson LLP and Dickinson Wright PLLC, hereby joins in and adopts Defendant Yuga Labs, Inc.'s Motion to Stay Discovery Deadlines Under Fed. R. Civ. P. 26(f) and LR 26-1 and To Vacate Case Management and Scheduling Orders (ECF No. 78), filed on August 3, 2022, as though fully set forth herein.

As with Yuga Labs and as set forth in additional detail in OpenSea's own Motion to Stay Discovery Deadlines Under Fed. R. Civ. P. 26(f) and LR 26-1 (ECF No. 80), a "preliminary peek" at the merits of OpenSea's pending Motion to Dismiss the Amended Complaint (ECF No. 71 ("OpenSea MTD")) demonstrates that Plaintiff will be unable to state a claim for relief against OpenSea and that a stay of discovery is warranted pending resolution of OpenSea's Motion. *See Urb. Outfitters, Inc. v. Dermody Operating Co.,* No. 3:21-cv-00109-MMD-CLB, 2021 WL 3605053 (D. Nev. Aug. 13, 2021).

Because OpenSea is likely to succeed in dismissing Plaintiff's Amended Complaint, discovery remains unwarranted in this action. *See, e.g., Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) ("The purpose of Federal Rule 12(b)(6) is to enable defendants to challenge the legal sufficiency of a complaint without subjecting themselves to discovery."); *Godwin v. Senior Garden Apartments*, No. 2:17-cv-02178-MMD-DJA, 2021 WL 564901, at *2 (D. Nev. Jan. 26, 2021) (granting stay of discovery when "the Court is not convinced that Plaintiff will survive dismissal").

OpenSea therefore joins Yuga Labs, Inc.'s motion to stay discovery or otherwise extend the deadlines triggered by Fed. R. Civ. P. 26(f) and LR 26-1, vacate the Fed. R. Civ. P. 26(f) report submitted, and vacate both the Scheduling Order and Order to File Case Management Report entered on July 21, 2022 as premature, and adjourn further case scheduling until such time as the impending motions to dismiss have been decided.

1 | DATED this 3rd day of August, 2022.

2
DICKINSON WRIGHT PLLC

3
/s/ Justin J. Bustos

JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: 844-670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

MUNGER, TOLLES & OLSON, LLP
JONATHAN H. BLAVIN (Pro Hac Vice)
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4011
Email: Jonathan.Blavin@mto.com

ERIN J. COX (Pro Hac Vice)
BRANDON R. TEACHOUT (Pro Hac Vice)
APRIL D. YOUPEE-ROLL (Pro Hac Vice)
350 South Grand Avenue, Suite 5000
Los Angeles, CA 90071
Tel: (213) 683-9100
Email: Brandon.Teachout@mto.com
Email: Erin.Cox@mto.com
Email: April.youpee-roll@mto.com

*Attorneys for Defendant Ozone Networks, Inc. d/b/a OpenSea, a New York Corporation*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 3rd day of August 2022, caused a copy of the foregoing **DEFENDANT OZONE NETWORKS, INC.'S JOINDER TO DEFENDANT YUGA LABS' MOTION TO STAY DISCOVERY OR EXTEND DEADLINES** to be transmitted by electronic service in accordance the Court's CM/ECF e-filing system, addressed to:

Emily Brinn Nuvan (Pro Hac Vice)
Jose A. Abarca (Pro Hac Vice)
Romaine C. Marshall (Pro Hac Vice)
Armstrong Teasdale LLP
201 South Main Street, Suite 750
Salt Lake City, UT  84111
enuvan@atllp.com
jabarca@atllp.com
rmarshall@atllp.com

*Attorneys for Plaintiff Robert Armijo*

John D. Tennert
Fennemore Craig, P.C.
7800 Rancharrah Parkway
Reno, NV  89511
jtennert@fclaw.com

*Attorneys for Defendant Yuga Labs, LLC*

Alison Clare Jordan
Fenwick & West LLP
801 California Street
Mountain View, CA  89041
Ajordan@fenwick.com

*Attorneys for Defendant Yuga Labs, LLC*

Michelle D. Alarie
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
malarie@atllp.com

*Attorneys for Plaintiff Robert Armijo*

Samuel Sahagian (Pro Hac Vice)
Jennifer C. Bretan (Pro Hac Vice)
Katherine A. Marshall (Pro Hac Vice)
Michael S. Dicke (Pro Hac Vice)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104
ssahagian@fenwick.com
jbretan@fenwick.com
kmarshall@fenwick.com
mdicke@fenwick.com

*Attorneys for Defendant Yuga Labs, LLC*

/s/ Laura P. Browning
An Employee of Dickinson Wright PLLC