MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
EMILY NUVAN, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 17722
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: 801.401.1406
rmarshall@atllp.com
jabarca@atllp.com
enuvan@atllp.com

*Attorneys for Plaintiff Robert Armijo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>             Plaintiff,<br><br>     vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>             Defendants. | Case No.:  3:22-cv-00112-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO STAY DISCOVERY AND JOINDER (ECF NOS. 78, 80, 82)**<br><br>**[FIRST REQUEST]** |

Plaintiff Robert Armijo ("Mr. Armijo") and Defendants Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"), and Yuga Labs, Inc. ("Yuga Labs") (together with OpenSea, the "Stipulating Defendants"), by and through their respective counsel, stipulate and agree, subject to this Court's approval, to extend the deadlines for Mr. Armijo to file responses to the pending Motions to Stay Discovery  (ECF No. 78, 80) and Joinder (ECF No. 82) by five (5) days, to August 22, 2022, and to set additional briefing deadlines provided below.  The Motions to Stay Discovery and Joinder were

filed on August 3, 2022; therefore, responses are currently due on August 17, 2022.  No hearing has been set for this matter.  This is the first request to extend these particular deadlines.

WHEREAS, on February 28, 2022, Mr. Armijo filed a Complaint in the above-entitled action (ECF No. 1), image later corrected on March 1, 2022 (ECF No. 6).  On June 24, 2022, Mr. Armijo filed a First Amended Complaint (ECF No. 62);

WHEREAS, on July 29, 2022, OpenSea and Yuga Labs each filed motions to dismiss the First Amended Complaint (ECF Nos. 71, 72, 74, 75, 77) and related requests for judicial notice (ECF Nos. 73, 76);

WHEREAS, on August 3, 2022, OpenSea and Yuga Labs each filed Motion to Stay Discovery (ECF Nos. 78, 79, 80, 81, 82) requesting that the court stay discovery and related case deadlines based on their pending dispositive motions;

WHEREAS, lead counsel for Mr. Armijo will soon be transitioning to another law firm, and as a result, would like to provide Mr. Armijo with some time to consider options relating to counsel's transition before having to file responses to the pending motions;

WHEREAS, in light of the foregoing, Mr. Armijo requested a five (5) day extension of time for Mr. Armijo to respond to the pending Motions to Stay Discovery, or from August 17, 2022, to August 22, 2022.  The Stipulating Defendants agreed to the short extension of time;

WHEREAS, Mr. Armijo is similarly agreeable to providing Stipulating Defendants  additional time to file their reply briefs, such that replies would be due on or before September 2, 2022;

WHEREAS, this stipulation is entered into in good faith and is not filed for improper purposes. This is the first request to extend these particular deadlines and the short extensions will not unduly delay proceedings as the Scheduling Order (ECF No. 66) was only recently entered and the parties are working on preparing a joint case management report.

NOW THEREFORE, Mr. Armijo and the Stipulating Defendants, by and through their respective counsel, stipulate that good cause exists under Local Rule IA 6-1 to extend Mr. Armijo's deadline to respond to the Motions to Stay Discovery and Joinder by five (5) days, or to August 22, 2022, and that Stipulating Defendants shall have until September 2, 2022, to file their reply briefs.

DATED this 17th day of August, 2022.

**ARMSTRONG TEASDALE LLP**

By:   /s/ Michelle D. Alarie
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

    ROMAINE C. MARSHALL, ESQ. (pro hac vice)
    Utah Bar No. 9654
    JOSE ABARCA, ESQ. (pro hac vice)
    Utah Bar No. 12762
    EMILY NUVAN, ESQ. (pro hac vice)
    Utah Bar No. 11722
    ARMSTRONG TEASDALE LLP
    201 South Main Street, Suite 750
    Salt Lake City, Utah 84111

    *Attorneys for Plaintiff Robert Armijo*

DATED this 17th day of August, 2022.

**MUNGER, TOLLES & OLSON, LLP**

By:   /s/ Jonathan H. Blavin
    JONATHAN H. BLAVIN, ESQ.
    (pro hac vice)
    560 Mission Street, 27th Floor
    San Francisco, CA 94105

    JOHN P. DESMOND, ESQ.
    Nevada Bar No. 5618
    JUSTIN J. BUSTOS, ESQ.
    Nevada Bar No. 10320
    DICKINSON WRIGHT PLLC
    100 W. Liberty St., Suite 940
    Reno, NV 89501

*Attorneys for Defendant Ozone Networks, Inc.
d/b/a OpenSea*

DATED this 17th day of August, 2022.

**FENWICK & WEST LLP**

By:   /s/ Jennifer C. Bretan
    MICHAEL S. DICKE, ESQ. (pro hac vice)
    CA Bar No. 158187
    JENNIFER C. BRETAN, ESQ.
    (pro hac vice)
    CA Bar No. 233475
    KATHERINE A. MARSHALL, ESQ.
    (pro hac vice)
    555 California Street, 12th Floor
    San Francisco, CA 94104

    JOHN D. TENNERT, III, ESQ.
    Nevada Bar No. 11728
    FENNEMORE CRAIG, P.C.
    7800 Rancharrah Parkway
    Reno, NV 89511

    *Attorneys for Defendant Yuga Labs, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED:_____

3