MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

EMILY NUVAN, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 17722
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Telephone: 801.401.1406
enuvan@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>              Plaintiff,<br><br>      vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>              Defendants. | Case No.: 3:22-cv-00112-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS (ECF NOS. 71, 74) AND RELATED REQUESTS FOR JUDICIAL NOTICE (ECF NOS. 73, 76)**<br><br>**[FIRST REQUEST]** |

Plaintiff Robert Armijo ("Mr. Armijo") and Defendants Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"), and Yuga Labs, Inc. ("Yuga Labs") (together with OpenSea, the "Stipulating Defendants"), by and through their respective counsel, stipulate and agree, subject to this Court's approval, to extend the deadlines for Mr. Armijo to file responses to the pending Motions to Dismiss

1

the First Amended Complaint (ECF No. 71, 74) and related Requests for Judicial Notice (ECF No. 73, 76) by thirty (31) days, or to October 3, 2022, and to set additional briefing deadlines as set forth below.  The Motions to Dismiss and related Requests for Judicial Notice were filed on July 29, 2022, and based upon the briefing schedule approved by this Court, responses are currently due on September 2, 2022.  (ECF No. 61.)   No hearing has been set for this matter.  This is the first request to extend these particular deadlines.[1]

WHEREAS, on February 28, 2022, Mr. Armijo filed a Complaint in the above-entitled action (ECF No. 1), image later corrected on March 1, 2022 (ECF No. 6).  On June 24, 2022, Mr. Armijo filed a First Amended Complaint (ECF No. 62);

WHEREAS, on July 21, 2022, this Court entered a Scheduling Order (ECF No. 66);

WHEREAS, on July 29, 2022, Defendants Ozone Networks, Inc. d/b/a OpenSea ("OpenSea"), and Yuga Labs, Inc. ("Yuga Labs") each filed respective Motions to Dismiss the First Amended Complaint (ECF Nos. 71, 74) and related Requests for Judicial Notice (ECF Nos. 73, 76);

WHEREAS, Mr. Armijo's responses to the pending Motions to Dismiss and related Requests for Judicial Notice are currently due on September 2, 2022, with OpenSea's and Yuga Labs' reply briefs currently due on September 30, 2022 (ECF No. 61);

WHEREAS, on August 3, 2022, OpenSea and Yuga Labs each filed respective Motions to Stay Discovery (ECF Nos. 78, 80, 82) requesting that the court stay discovery and related case deadlines based on their pending dispositive motions.  Mr. Armijo filed Responses in Opposition to the Motions to Stay Discovery on August 22, 2022 (ECF Nos. 85, 86).  OpenSea's and Yuga Labs' reply briefs are due on September 2, 2022 (ECF No. 84);

WHEREAS, a Joint Case Management Report was filed on August 22, 2022 (ECF No. 87);

WHEREAS, Mr. Armijo's counsel, Emily Nuvan, Esq., was recently notified that an immediate family member will be undergoing a major emergency surgery in the coming days.  As a result, Ms. Nuvan will be travelling out-of-state to care for her family member during the hospital stay

---

[1] The parties previously agreed upon, and this Court approved, a briefing schedule for Defendants' anticipated Fed. R. Civ. P. 12(b) motions that provided Mr. Armijo more than 14 days to file his responses.  (ECF No. 61.)

1  and recovery period. During this time period, which may extend to a couple weeks or more, Ms.
2  Nuvan's attention will be with her family.

3      WHEREAS, Mr. Armijo submits that Ms. Nuvan is the primary associate handling the
4  prosecution of this action on his behalf, having invested hundreds of hours into this matter to date.
5  Ms. Nuvan's knowledge of the facts, the claims, and the general web3 ethos in which this case arises
6  is invaluable, and her participation in the briefing to oppose OpenSea's and Yuga Lab's dispositive
7  motions cannot be replaced without significant prejudice and expense to Mr. Armijo;

8      WHEREAS, in light of the foregoing and to give Ms. Nuvan the time and space to take care of
9  her family during this emergency medical crisis, Mr. Armijo requests a thirty-one (31) day extension
10 of time to respond to the pending Motions to Dismiss and Requests for Judicial Notice, or from
11 September 2, 2022, to October 3, 2022;

12     WHEREAS, OpenSea and Yuga Labs advised that they do not oppose the extension, and
13 accordingly request an extension of time for their reply briefs from their current due date of September
14 30, 2022, to November 8, 2022.

15     WHEREAS, this stipulation is made in good faith and not filed for improper purpose, but is
16 requested due to a medical emergency within Mr. Armijo's litigation team. This is the first request to
17 extend these particular deadlines and the extension will not unduly delay proceedings;

18     NOW THEREFORE, the parties submit that good cause exists and, therefore, request that this
19 Court enter an order extending the deadline to respond to the Motions to Dismiss and Requests for
20 Judicial Notice, by thirty-one (31) days, or from September 2, 2022, to October 3, 2022, with
21 OpenSea's and Yuga Labs' reply briefs due on or before November 8, 2022.

22 DATED this 25th day of August, 2022.       DATED this 25th day of August, 2022.

23 **ARMSTRONG TEASDALE LLP**      **FENWICK & WEST LLP**

24 By: _/s/Michelle D. Alarie_      By: _/s/ Katherine A. Marshall_
        MICHELLE D. ALARIE, ESQ.         MICHAEL S. DICKE, ESQ. (pro hac vice)
25         Nevada Bar No. 11894         CA Bar No. 158187
        3770 Howard Hughes Parkway, Suite 200         JENNIFER C. BRETAN, ESQ.
26         Las Vegas, Nevada 89169         (pro hac vice)
                CA Bar No. 233475
27         EMILY NUVAN, ESQ.         KATHERINE A. MARSHALL, ESQ.
        (LR IA 11-2 admitted)         (pro hac vice)
28         Utah Bar No. 17722         555 California Street, 12th Floor
        ARMSTRONG TEASDALE LLP         San Francisco, CA 94104

201 South Main Street, Suite 750
Salt Lake City, Utah 84111

ROMAINE C. MARSHALL, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104

*Attorneys for Plaintiff Robert Armijo*

JOHN D. TENNERT, III, ESQ.
Nevada Bar No. 11728
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511

*Attorneys for Defendant Yuga Labs, Inc.*

DATED this 25th day of August, 2022.

**MUNGER, TOLLES & OLSON, LLP**

By:   */s/ Jonathan H. Blavin*
      JONATHAN H. BLAVIN, ESQ.
      (pro hac vice)
      560 Mission Street, 27th Floor
      San Francisco, CA 94105

      JOHN P. DESMOND, ESQ.
      Nevada Bar No. 5618
      JUSTIN J. BUSTOS, ESQ.
      Nevada Bar No. 10320
      DICKINSON WRIGHT PLLC
      100 W. Liberty St., Suite 940
      Reno, NV 89501

*Attorneys for Defendant Ozone Networks, Inc. d/b/a OpenSea*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: August 26, 2022

4