DICKINSON WRIGHT PLLC
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: 702-550-4400
Fax: 844-670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

(Additional counsel listed on signature page)

*Attorneys for Defendant Ozone Networks, Inc.
d/b/a OpenSea, a New York Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>    Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation, YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company, LOOKSRARE; and DOES 1 to 50,<br><br>    Defendants. | CASE NO.  3:22-CV-00112-MMD-CLB<br><br>**DEFENDANT OZONE NETWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY** |

1    Plaintiff makes various arguments in opposing Defendant Ozone Networks, Inc. d/b/a
2  OpenSea ("OpenSea")'s Motion for Leave to Submit Supplemental Authority, none of which
3  refutes OpenSea's showing of good cause.  The Motion should be granted.

4    *First*, Plaintiff's suggestion that the Court might not take judicial notice of OpenSea's
5  terms is mistaken.  As set forth in OpenSea's Request for Judicial Notice, OpenSea's Terms of
6  Service are properly subject to judicial notice because, *inter alia*, Plaintiff's use of OpenSea was
7  conditioned on accepting the publicly accessible Terms, and his claims necessarily depend on
8  them.  Indeed, courts routinely take judicial notice of publicly available website terms and
9  policies, as did the court in *Diep v. Apple*.  *See* ECF No. 73 at 2-5 (collecting authorities); s*ee
10 also, e.g.*, *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (a document "may be
11 incorporated by reference into a complaint if . . . the document forms the basis of the plaintiff's
12 claim"); *Lemmon v. Snap, Inc.*, 2019 WL 7882079, at *4-5 (C.D. Cal. Oct. 30, 2019) (considering
13 Snap's Terms on motion to dismiss as "all Snapchat users must agree to Snap's Terms").

14    *Second*, Plaintiff never disputes (including in his Opposition) that on several occasions he
15 voluntarily agreed to OpenSea's Terms—including in connection with his initial purchase of at
16 least one of the NFTs at issue in this action—and that he is generally bound by the Terms.  (*See*
17 Decl. of Ian L. Meader, ECF No. 72, ¶¶ 5-8 (establishing that Plaintiff was at least twice required
18 to check a box next to the statement that, "By checking this box, I agree to OpenSea's Terms of
19 Service"); OpenSea's Motion to Dismiss Am. Compl. ("MTD"), ECF No. 71, at 4-5, 19-20.)

20    *Third*, Plaintiff's argument that the Terms do not cover conduct taking place anywhere
21 other than on the OpenSea platform (a) concedes that the harm alleged did not actually occur on
22 OpenSea; and (b) is incorrect because the exculpatory provision contained in the Terms applies
23 broadly and unambiguously to "ANY" damages or claims arising from "THIRD PARTY
24 ACTIVITIES," including "PHISHING" attacks, no matter where they take place.  (MTD at 20-
25 22.)  Further, the Terms *indisputably* cover the third-party attacker's listing of Plaintiff's NFTs
26 using the OpenSea platform, which Plaintiff insists is the true focus of his claims.  (*But cf.*
27 OpenSea's Reply ISO Motion for Stay, ECF No. 92, at 4-8 (explaining that Plaintiff's allegations
28 themselves demonstrate that OpenSea does not control the NFT community).)

1  DATED this 20th day of September, 2022.

2

3                                  DICKINSON WRIGHT PLLC

4                                      /s/ Justin J. Bustos

JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 W. Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: 844-670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

MUNGER, TOLLES & OLSON, LLP
JONATHAN H. BLAVIN (Pro Hac Vice)
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4011
Email: Jonathan.Blavin@mto.com

ERIN J. COX (Pro Hac Vice)
BRANDON R. TEACHOUT (Pro Hac Vice)
APRIL D. YOUPEE-ROLL (Pro Hac Vice)
350 South Grand Avenue, Suite 5000
Los Angeles, CA 90071
Tel: (213) 683-9100
Email: Brandon.Teachout@mto.com
Email: Erin.Cox@mto.com
Email: April.Youpee-Roll@mto.com

*Attorneys for Defendant Ozone Networks, Inc. d/b/a OpenSea, a New York Corporation*

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 20th day of September 2022, caused a copy of the foregoing **DEFENDANT OZONE NETWORKS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY** to be transmitted by electronic service in accordance the Court's CM/ECF e-filing system, addressed to:

Emily Brinn Nuvan (Pro Hac Vice)
Jose A. Abarca (Pro Hac Vice)
Romaine C. Marshall (Pro Hac Vice)
Armstrong Teasdale LLP
201 South Main Street, Suite 750
Salt Lake City, UT  84111
enuvan@atllp.com
jabarca@atllp.com
rmarshall@atllp.com

*Attorneys for Plaintiff Robert Armijo*

John D. Tennert
Fennemore Craig, P.C.
7800 Rancharrah Parkway
Reno, NV  89511
jtennert@fclaw.com

*Attorneys for Defendant Yuga Labs, LLC*

Alison Clare Jordan
Fenwick & West LLP
801 California Street
Mountain View, CA  89041
Ajordan@fenwick.com

*Attorneys for Defendant Yuga Labs, LLC*

Michelle D. Alarie
Armstrong Teasdale LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV  89169
malarie@atllp.com

*Attorneys for Plaintiff Robert Armijo*

Samuel Sahagian (Pro Hac Vice)
Jennifer C. Bretan (Pro Hac Vice)
Katherine A. Marshall (Pro Hac Vice)
Michael S. Dicke (Pro Hac Vice)
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104
ssahagian@fenwick.com
jbretan@fenwick.com
kmarshall@fenwick.com
mdicke@fenwick.com

*Attorneys for Defendant Yuga Labs, LLC*

      */s/ Laura P. Browning*
An Employee of Dickinson Wright PLLC

4888-7957-9700 v1 [101240-1]