UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

ROBERT ARMIJO,                              )        3:22-cv-00112-MMD-CLB
                                            )
                    Plaintiff(s),           )        **MINUTES OF PROCEEDINGS**
                                            )
vs.                                         )        DATE: September 23, 2022
                                            )
OZONE NETWORKS, INC., et al.,               )
                                            )
                    Defendant(s).           )
                                            )
_____           )

PRESENT:      THE HONORABLE CARLA BALDWIN,      U.S.MAGISTRATE JUDGE

Deputy Clerk:      Lisa Mann        Court Reporter:      Liberty Recorder

Counsel for Plaintiff(s):   Romaine Marshall by video with Emily Nuvan and Michelle
                              Alarie by telephone

Counsel for Defendant(s):   Jonathan Blavin and Katherine Marshall by video with Justin
                              Bustos, John Tennert, Samuel Sahagian, Jennifer Bretan
                              and Michael Dicke by telephone

PROCEEDINGS: VIRTUAL/TELEPHONIC MOTIONS HEARING

9:04 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing and advises

counsel of the papers the Court reviewed in preparation for this motions hearing.

The Court directs that if counsel have not yet read the Court's Civil Standing Order

(ECF No. 68), that they should do so.

The Court and counsel discuss Defendant Yuga Labs' Motion to Stay Discovery

or Extend Deadlines Under FRCP 26(f) and LR 26-1 and to Vacate Case Management

and Scheduling Orders (ECF No. 78) and Defendant Ozone Networks, Inc.'s Motion to

Stay Discovery or Extend Deadlines (ECF No. 80).

Having heard from counsel and good cause appearing, the Court finds

Defendants' motions (ECF Nos. 78 and 80) are GRANTED. In addition, the Court finds

Defendant Ozone Networks Inc.'s Motion for Leave to Submit Supplemental Authority in

Support of Motion to Stay Discovery or Extend Deadlines (ECF No. 93) is GRANTED.

The Court finds it appropriate to stay discovery in this case pending a ruling on the

dispositive motions currently before the District Court.

If this case survives, counsel is directed to file, within twenty-one (21) days of the

order of the District Court, an updated discovery plan and scheduling order for this Court's

consideration.

IT IS SO ORDERED.

9:51 a.m. Court adjourns.

DEBRA K. KEMPI, CLERK


By:_____/s/_____
       Lisa Mann, Deputy Clerk