1  MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
2  ARMSTRONG TEASDALE LLP
   One Summerlin
3  1980 Festival Plaza Drive, Suite 750
   Las Vegas, Nevada 89135
4  Telephone: 702.678.5070
   Facsimile: 702.878.9995
5  malarie@atllp.com

6  EMILY NUVAN, ESQ. (LR IA 11-2 admitted)
   Utah Bar No. 17722
7  ARMSTRONG TEASDALE LLP
   201 South Main Street, Suite 750
8  Salt Lake City, Utah 84111
   Telephone: 801.401.1406
9  enuvan@atllp.com

10 ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
   Utah Bar No. 9654
11 JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
   Utah Bar No. 12762
12 POLSINELLI
   2825 E Cottonwood Parkway, Suite 500
13 Salt Lake City, UT 84104
   rmarshall@polsinelli.com
14 jabarca@polsinelli.com

15 *Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br>　　　　Defendants. | Case No.: 3:22-cv-00112-MMD-CLB<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS FOR ARMSTRONG TEASDALE LLP (LAS VEGAS)** |

　　　　PLEASE TAKE NOTICE that, effective immediately, the law firm of Armstrong Teasdale LLP has relocated its Las Vegas office. All future service of pleadings, discovery, and correspondence should be addressed as follows:

1

ARMSTRONG TEASDALE LLP
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135

The telephone, fax, and emails will remain the same.

DATED this 3rd day of October, 2022.                **ARMSTRONG TEASDALE LLP**

By:   /s/ Michelle D. Alarie
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135

EMILY NUVAN, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 17722
ARMSTRONG TEASDALE LLP
201 South Main Street, Suite 750
Salt Lake City, Utah 84111

ROMAINE C. MARSHALL, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104

*Attorneys for Plaintiff Robert Armijo*

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document:

☒ was served via electronic service to the address(es) shown below:

John Patrick Desmond   jdesmond@dickinsonwright.com,
Justin James Bustos   jbustos@dickinsonwright.com
John D. Tennert   jtennert@fclaw.com,
Erin Joan Cox   erin.cox@mto.com
Alison Clare Jordan   ajordan@fenwick.com,
Michael S. Dicke   mdicke@fenwick.com
Jennifer C. Bretan   jbretan@fenwick.com
Katherine A. Marshall   kmarshall@fenwick.com
Samuel Sahagian   ssahagian@fenwick.com
April D. Youpee-Roll   april.youpee-roll@mto.com
Jonathan H. Blavin   jonathan.blavin@mto.com
Brandon R. Teachout   brandon.teachout@mto.com

☐ was served via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid and to the address(es) shown below:

LooksRare, Ltd.
Chase Business Center
39-41 Chase Side
London, United Kingdom, N14 5BP

Date: October 3, 2022                  */s/ Christie Rehfeld*
                                       An employee of Armstrong Teasdale LLP