Emily B. Nuvan (17722)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: enuvan@rqn.com

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>    Plaintiff,<br><br>v.<br><br>OZONE NETWORKS, INC. dba OPENSEA, a New York Corporation; YUGA LABS, LLC dba BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>    Defendants. | **MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST**<br><br>Case No. 3:22-cv-00112-MMD-CLB<br><br>Chief Judge Miranda M. Du<br><br>Magistrate Judge Carla Baldwin |

Pursuant to LR IA 11-6(b), Emily B. Nuvan, formerly of the law firm of Armstrong Teasdale LLP, hereby moves this Court to withdraw as counsel for Plaintiff Robert Armijo and requests to be removed from the Court's service list with respect to this case. Michelle Alarie of the law firm Armstrong Teasdale LLP will remain as counsel for Plaintiff.

DATED this 21st day of November 2022.

                                                RAY QUINNEY & NEBEKER P.C.

                                                */s/ Emily Nuvan*
                                                Emily B. Nuvan

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that the foregoing document was served via electronic service to the address(es) shown below:

| | |
|---|---|
| John Patrick Desmond<br>Justin J. Bustos<br>Dickinson Wright<br>100 West Liberty Street, Suite 940<br>Reno, NV 89501<br>jdesmond@dickinsonwright.com<br>jbustos@dickinsonwright.com | John D. Tennert<br>Fennemore Craig PC<br>7800 Rancharrah Pkwy<br>Reno, NV 89511<br>jtennert@fclaw.com |
| Romaine C. Marshall<br>Jose A. Abarca<br>Polsinelli PC<br>2825 E. Cottonwood Parkway, Suite 500<br>Salt Lake City, Utah 84121<br>jabarca@polsinelli.com | Michelle D. Alarie<br>Armstrong Teasdale LLP<br>1980 Festival Plaza Drive, Suite 750<br>Las Vegas, NV 89135<br>malarie@atllp.com |
| April D. Youpee-Roll<br>Erin J. Cox<br>Brandon R. Teachout<br>Jonathan H. Blavin<br>Munger, Tolles & Olson LLP<br>350 S. Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>April.youpee-roll@mto.com<br>Erin.cox@mto.com<br>Brandon.teachout@mto.com<br>Jonathan.blavin@mto.com | Samuel Sahagian<br>Alison C. Jordan<br>Jennifer C. Bretan<br>Katherine A. Marshall<br>Michael S. Dicke<br>Fenwick & West LLP<br>555 California Street, Fl. 12<br>San Francisco, CA 94104<br>ssahagian@fenwick.com<br>ajordan@fenwick.com<br>jbretan@fenwick.com<br>kmarshall@fenwick.com<br>mdicke@fenwick.com |
| Robert Armijo<br>bobby@bajafulfillment.com | 1621692 |

/s/ Marci Meyers