# UNITED STATES DISTRICT COURT
# THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>Plaintiff,<br><br>v.<br><br>OZONE NETWORKS, INC. dba OPENSEA, a New York Corporation; YUGA LABS, LLC dba BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>Defendants. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST**<br><br>Case No. 3:22-cv-00112-MMD-CLB |

Having considered the Motion to Withdraw as Counsel for Plaintiff Robert Armijo and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that Emily B. Nuvan may withdraw and is hereby removed as counsel for Plaintiff Robert Armijo in the above-captioned action. Ms. Nuvan shall be stricken from the service list.

DATED this 21st day of November 2022.

BY THE COURT:

_____
U.S. Magistrate Judge