MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

ROMAINE C. MARSHALL, ESQ (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Ste. 500
Salt Lake City, Utah 84121
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>    Plaintiffs,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50.<br><br>    Defendants. | **NOTICE OF CHANGE OF FIRM**<br><br>Case No.: 3:22-cv-00112-MMD-CLB |

PLEASE TAKE NOTICE that, Jose Abarca, counsel for Plaintiff in the above-captioned matter, hereby gives notice of change of firm to Polsinelli PC. The contact information for Mr. Abarca is as follows:

Jose Abarca
Polsinelli PC
2825 E Cottonwood Pkwy, Suite 500
Cottonwood Heights, UT 84121
Email: jabarca@polsinelli.com
Phone Number: 801-999-3504

DATED this 7th day of December, 2022.    **POLSINELLI PC**

By: /s/ *Jose Abarca*
JOSE ABARCA, ESQ
(LR IA 11-2 admitted)
Utah Bar No. 12762
ROMAINE C. MARSHALL, ESQ
(LR IA 11-2 admitted)
Utah Bar No. 9654
POLSINELLI
2825 E Cottonwood Parkway, Ste. 500
Salt Lake City, Utah 84121

MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
One Summerlin
1980 Festival Plaza Drive, Suite 750
Las Vegas, Nevada 89135

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that the foregoing document was served via electronic service to the address(es) shown below:

John Patrick Desmond jdesmond@dickinsonwright.com,
Justin James Bustos jbustos@dickinsonwright.com
John D. Tennert jtennert@fclaw.com,
Erin Joan Cox erin.cox@mto.com
Alison Clare Jordan ajordan@fenwick.com,
Michael S. Dicke mdicke@fenwick.com
Jennifer C. Bretan jbretan@fenwick.com
Katherine A. Marshall kmarshall@fenwick.com
Samuel Sahagian ssahagian@fenwick.com
April D. Youpee-Roll april.youpee-roll@mto.com
Jonathan H. Blavin jonathan.blavin@mto.com
Brandon R. Teachout brandon.teachout@mto.com

I certify the foregoing document was served via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first class poastage prepaid and to the address(es) shown below:

LooksRare, Ltd.
Chase Business Center
39-41 Chase Side
London, United Kingdom, N14 5BP

Date: December 7, 2022                                         /s/ Kaitlin Morgan