MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Plaintiff Robert Armijo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>    Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>    Defendants. | Case No.: 3:22-cv-00112-MMD-CLB<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS FOR ARMSTRONG TEASDALE LLP (LAS VEGAS)** |

   PLEASE TAKE NOTICE that, effective immediately, the law firm of Armstrong Teasdale LLP has relocated its Las Vegas office. All future service of pleadings, discovery, and correspondence should be addressed as follows:

> ARMSTRONG TEASDALE LLP
> 7160 Rafael Rivera Way, Suite 320
> Las Vegas, Nevada 89113

/ / /

/ / /

1

1 | The telephone, fax, and emails will remain the same.

2 | DATED this 27th day of March, 2023.        **ARMSTRONG TEASDALE LLP**

By:   /s/ Michelle D. Alarie
         MICHELLE D. ALARIE, ESQ.
         Nevada Bar No. 11894
         7160 Rafael Rivera Way, Suite 320
         Las Vegas, Nevada 89113

         ROMAINE C. MARSHALL, ESQ.
         (LR IA 11-2 admitted)
         Utah Bar No. 9654
         JOSE ABARCA, ESQ.
         (LR IA 11-2 admitted)
         Utah Bar No. 12762
         POLSINELLI
         2825 E Cottonwood Parkway, Suite 500
         Salt Lake City, UT 84104

         *Attorneys for Plaintiff Robert Armijo*

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document:

☒ was served via electronic service to the address(es) shown below:

John Patrick Desmond   jdesmond@dickinsonwright.com,
Justin James Bustos   jbustos@dickinsonwright.com
John D. Tennert   jtennert@fclaw.com,
Erin Joan Cox   erin.cox@mto.com
Alison Clare Jordan   ajordan@fenwick.com,
Michael S. Dicke   mdicke@fenwick.com
Jennifer C. Bretan   jbretan@fenwick.com
Katherine A. Marshall   kmarshall@fenwick.com
Samuel Sahagian   ssahagian@fenwick.com
April D. Youpee-Roll   april.youpee-roll@mto.com
Jonathan H. Blavin   jonathan.blavin@mto.com
Brandon R. Teachout   brandon.teachout@mto.com

☐ was served via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid and to the address(es) shown below:

LooksRare, Ltd.
Chase Business Center
39-41 Chase Side
London, United Kingdom, N14 5BP

Date: March 27, 2023            */s/ Christie Rehfeld*
                                An employee of Armstrong Teasdale LLP