```
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com
bjohansson@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104
rmarshall@polsinelli.com
jabarca@polsinelli.com
```

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>  Plaintiff,<br><br>  vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>  Defendants. | Case No.:  3:22-cv-00112-MMD-CLB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given to the Court, counsel, and the parties that Brandon P. Johansson, Esq. of the law firm Armstrong Teasdale LLP is hereby appearing in this matter on behalf of Plaintiff Robert Armijo.  In addition to the current service recipients, please direct copies of all pleadings, papers, and documents to the following:

/ / /

/ / /

1

Brandon P. Johansson, Esq.
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
bjohansson@atllp.com

DATED this 14th day of August, 2023.    **ARMSTRONG TEASDALE LLP**

By: */s/ Brandon P. Johansson*
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    BRANDON P. JOHANSSON, ESQ.
    Nevada Bar No. 12003
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

    ROMAINE C. MARSHALL, ESQ.
    (LR IA 11-2 admitted)
    Utah Bar No. 9654
    JOSE ABARCA, ESQ.
    (LR IA 11-2 admitted)
    Utah Bar No. 12762
    POLSINELLI
    2825 E Cottonwood Parkway, Suite 500
    Salt Lake City, UT 84104

*Attorneys for Plaintiff Robert Armijo*

# **CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document:

☒ was served via the Court's CM/ECF electronic service system to all counsel and parties listed on the electronic service list.

☐ was served via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid and to the address(es) shown below:

Date: August 14, 2023        */s/ Christie Rehfeld*
                                              An employee of Armstrong Teasdale LLP