MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com
bjohansson@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104
rmarshall@polsinelli.com
jabarca@polsinelli.com

*Attorneys for Plaintiff Robert Armijo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ARMIJO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br>　　　　　Defendants. | Case No.: 3:22-cv-00112-MMD-CLB<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBERT ARMIJO AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

Pursuant to LR IA 11-6(b), Michelle D. Alarie, Esq. notifies this Court, counsel, and the parties that effective August 15, 2023, she will no longer be associated or affiliated with the law firm Armstrong Teasdale LLP, and, therefore moves this Court to withdraw as counsel for Plaintiff Robert Armijo, and further requests to be removed from the Court's CM/ECF electronic service list with respect to this case.  Brandon P. Johansson, Esq. of the law firm Armstrong Teasdale LLP along with Romaine C. Marshall, Esq. (LR IA 11-2 admitted) and Jose Abarca, Esq. (LR IA 11-2 admitted) of

1

1  the law firm Polsinelli will remain counsel of record for Plaintiff Bobby Armijo.  Counsel are requested
2  to update service lists accordingly.
3   DATED this 14th day of August, 2023.          **ARMSTRONG TEASDALE LLP**

By:   */s/ Michelle D. Alarie*
     MICHELLE D. ALARIE, ESQ.
     Nevada Bar No. 11894
     BRANDON P. JOHANSSON, ESQ.
     Nevada Bar No. 12003
     7160 Rafael Rivera Way, Suite 320
     Las Vegas, Nevada 89113

     ROMAINE C. MARSHALL, ESQ.
     (LR IA 11-2 admitted)
     Utah Bar No. 9654
     JOSE ABARCA, ESQ.
     (LR IA 11-2 admitted)
     Utah Bar No. 12762
     POLSINELLI
     2825 E Cottonwood Parkway, Suite 500
     Salt Lake City, UT 84104

*Attorneys for Plaintiff Robert Armijo*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:**_____

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document:

⊠ was served via the Court's CM/ECF service system on all counsel and parties registered on the electronic service list.

⊠ was served via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid and to the address(es) shown below:

Robert Armijo
1388 Kettner Blvd., #805
San Diego, CA 92101

Date: August 14, 2023   */s/ Christie Rehfeld*
An employee of Armstrong Teasdale LLP

3