```
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@atllp.com
bjohansson@atllp.com

ROMAINE C. MARSHALL, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ. (LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104
rmarshall@polsinelli.com
jabarca@polsinelli.com
```

*Attorneys for Plaintiff Robert Armijo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No.:  3:22-cv-00112-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBERT ARMIJO AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

Pursuant to LR IA 11-6(b), Michelle D. Alarie, Esq. notifies this Court, counsel, and the parties that effective August 15, 2023, she will no longer be associated or affiliated with the law firm Armstrong Teasdale LLP, and, therefore moves this Court to withdraw as counsel for Plaintiff Robert Armijo, and further requests to be removed from the Court's CM/ECF electronic service list with respect to this case.  Brandon P. Johansson, Esq. of the law firm Armstrong Teasdale LLP along with Romaine C. Marshall, Esq. (LR IA 11-2 admitted) and Jose Abarca, Esq. (LR IA 11-2 admitted) of

the law firm Polsinelli will remain counsel of record for Plaintiff Bobby Armijo.  Counsel are requested to update service lists accordingly.

DATED this 14th day of August, 2023.

**ARMSTRONG TEASDALE LLP**

By: ___/s/ Michelle D. Alarie___
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

ROMAINE C. MARSHALL, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 9654
JOSE ABARCA, ESQ.
(LR IA 11-2 admitted)
Utah Bar No. 12762
POLSINELLI
2825 E Cottonwood Parkway, Suite 500
Salt Lake City, UT 84104

*Attorneys for Plaintiff Robert Armijo*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** August 14, 2023