BRANDON P. JOHANSSON, ESQ.
Nevada Bar No. 12003
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:  702.678.5070
Facsimile:  702.878.9995
bjohansson@atllp.com

*Attorneys for Plaintiff Robert Armijo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ARMIJO,<br><br>    Plaintiff,<br><br>vs.<br><br>OZONE NETWORKS, INC. d/b/a OPENSEA, a New York Corporation; YUGA LABS, LLC d/b/a BORED APE YACHT CLUB, a Delaware limited liability company; LOOKSRARE; and DOES 1 to 50,<br><br>    Defendants. | Case No.: 3:22-cv-00112-MMD-CLB<br><br>**ERRATA TO ARMSTRONG TEASDALE LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ROBERT ARMIJO** |

Armstrong Teasdale LLP hereby files this Errata to its Motion to Withdraw as Counsel of Record for Plaintiff Robert Armijo (the "Motion") (ECF No. 117.) In the Motion, Armstrong Teasdale LLP inadvertently listed a prior address for Robert Armijo. The last known address for Mr. Armijo is below. A copy of the Motion will be mailed to that address.

        Robert "Bobby" Armijo
        1388 Kettner Blvd., #805
        San Diego, CA 92101
        bobby@bajafulfillment.com

DATED this 26th day of September, 2023.    **ARMSTRONG TEASDALE LLP**

                                                                By: */s/ Brandon P. Johansson*
                                                                    BRANDON P. JOHANSSON, ESQ.
                                                                    Nevada Bar No. 12003
                                                                    7160 Rafael Rivera Way, Suite 320
                                                                    Las Vegas, Nevada 89113

                                                                 *Attorneys for Plaintiff Robert Armijo*

1

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing document:

☒ was served via the Court's CM/ECF electronic service system to all counsel and parties listed on the electronic service list.

☒ was served via e-mail and the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid and to the address(es) shown below:

> Robert "Bobby" Armijo
> 1388 Kettner Blvd., #805
> San Diego, CA 92101
> bobby@bajafulfillment.com

Date: September 26, 2023    /s/ Christie Rehfeld
                            An employee of Armstrong Teasdale LLP