UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ARMIJO,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>OZONE NETWORKS, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-CV-00112-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 117] |

Before the Court is Brandon Johansson's ("Johannson") motion to withdraw as counsel for Plaintiff Robert Armijo ("Plaintiff"). (ECF Nos. 117, 118.) No opposition was filed, and Johansson certifies that he served the motion to withdraw on Plaintiff by both U.S. mail and email. (ECF No. 118.)

Good cause appearing, the motion to withdraw, (ECF No. 117), is **GRANTED**. The Clerk shall update the docket to reflect the following address for Plaintiff:

> **Robert "Bobby" Armijo**
> **1388 Kettner Blvd., #805**
> **San Diego, CA 92101**
> **bobby@bajafulfillment.com**

The Clerk shall **MAIL** a copy of this order to Plaintiff at the above address.

**IT IS SO ORDERED.**

**DATED**: ___October 2, 2023___.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**